UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE STEVENS, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:10CV0951 JCH |
| CITY OF ST. LOUIS, et al., | ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court upon its review of the record. Plaintiff filed his original petition in state court on April 23, 2010 (Doc. No. 1-1). On June 25, 2010, Plaintiff filed a First Amended Complaint (Doc. No.15). On August 20, 2010, Plaintiff filed a Second Amended Complaint. (Doc. No. 32). According to the Case Management Order, all motions for joinder of additional parties shall be filed no later than December 1, 2010. (Doc. No. 42). The Court notes Plaintiff has not identified defendants John Doe I and John Doe II, nor has he served them with the Second Amended Complaint. Because it does not appear that service of the Complaint has been timely made within 120 days after the filing of the Second Amended Complaint on **August 20, 2010**,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), Plaintiff shall show cause in writing, within fourteen (14) days of the date of this Order, why this action should not be dismissed without prejudice as to John Doe I and John Doe II for lack of timely service and for failure to identify these defendants.

Dated this 13th day of January, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE