IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSOURI
EASTERN DIVISION

GEORGE STEVENS, et al.,        )

PLAINTIFFS,               )

vs.                        )     Cause No.:    4:10-cv-00951-JCH

CITY OF ST LOUIS, et al.,     )

DEFENDANTS.          )

## MEMORANDUM OF SETTLEMENT

COMES NOW, Plaintiffs, by and through counsel, and herein files this memorandum to

inform the Court that the case was settled at the mediation that occurred last Friday.

Respectfully submitted,


/s/ Ben Aranda
Ben Aranda,     #59002MO
Attorney for Plaintiffs
1750 S. Brentwood, Suite 295
St. Louis, MO.  63144
Phone: 314-918-8900
Fax:  314-918-8901


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed June 12, 2012 electronically
with the Clerk of the Court to be served by operation of the court's electronic filing system upon
the following Nancy Kistler and Jessica Liss, and Chanekka Buckingham.

Ben Aranda /s/